Adrienne L. Conrad (SBN 318776)
Solin J. Melahaji (SBN 323564)
JACKSON LEWIS P.C.
225 Broadway, Suite 2000
San Diego, California 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
adrienne.conrad@jacksonlewis.com
solin.melahaji@jacksonlewis.com

Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC. [*erroneously sued as* WYNDHAM RESORT DEVELOPMENT CORPORATION]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PARISA ANDERSON, an individual<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORPORATION, a corporation; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No.: 5:19-01006 JGB (SHKx)<br>[*Transferred from Riverside Superior Court Case Number PSC1901864*]<br><br>**DEFENDANT WYNDHAM RESORT DEVELOPMENT CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF PARISA ANDERSON'S COMPLAINT**<br><br>Hearing Date:  August 5, 2019<br>Time:  9:00 a.m.<br><br>Complaint filed:  March 15, 2019<br>Trial Date:  Not Assigned |

///
///
///
///

1

DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT
CASE NO. 5:19-01006 JGB (SHKx)

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN** that at the time and on the date set forth above, in Courtroom 1 of the United States District Court for the Central District of California, Defendant WYNDHAM RESORT DEVELOPMENT CORPORATION[1] ("Wyndham") shall and hereby does bring this Motion to Dismiss Plaintiff's Complaint without leave to amend because the causes of action are time-barred and fail to state any claim upon which relief may be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based on this Notice of Motion to Dismiss, the accompanying Memorandum of Points and Authorities filed herewith, and all pleadings and papers on file in this action, and upon oral argument and such matters as may be presented to the Court at the time of hearing.

DATED:  June 28, 2019    JACKSON LEWIS P.C.

By: _/s/ Adrienne L. Conrad_____
Adrienne L. Conrad
Solin J. Melahaji
Attorneys for Defendant
WYNDHAM VACATION OWNERSHIP, INC.

4845-0569-9995, v. 1

---

[1] Plaintiff has incorrectly named Wyndham Resort Development Corporation as the Defendant in this matter. Wyndham Vacation Ownership, Inc., not Wyndham Resort Development Corporation, was Plaintiff's employing entity.